| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2006031000993001001E281C |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 5 |
|---|---|---|
| **Document ID:** 2006031000993001 | Document Date: 03-08-2006 | Preparation Date: 03-10-2006 |
| **Document Type:** DEED | | |
| **Document Page Count:** 3 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| REGAL TITLE AGENCY<br>AS AGENT FOR LAWYERS TITLE<br>90 BROAD STREET, 18TH FLOOR<br>NEW YORK, NY  10004<br>212-269-5900<br>TTAFURI@REGALNYC.COM | PETER J. ZAHAKOS, ESQ.<br>ONE CROSS ISLAND PLAZA<br>ROSEDALE, NY  11422<br>TITLE NO.: REK-06-33675 |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 4125 | 21   Entire Lot | | 132 LOGAN STREET |

**Property Type:** DWELLING ONLY - 1 FAMILY

**CROSS REFERENCE DATA**

CRFN_____ *or* Document ID_____ *or* _____ Year____ Reel__ Page____ *or* File Number_____

**PARTIES**

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| JULIO CARRILLO<br>132 LOGAN STREET<br>BROOKLYN, NY  11208 | JAVIER CRUZ<br>153 LOGAN STREET<br>BROOKLYN, NY  11208 |

  x   Additional Parties Listed on Continuation Page

**FEES AND TAXES**

| Mortgage | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Recording Fee: $ | 52.00 |
| Taxable Mortgage Amount: | $ | 0.00 | Affidavit Fee:  $ | 0.00 |
| Exemption: | | | NYC Real Property Transfer Tax Filing Fee: | |
| TAXES:  County (Basic): | $ | 0.00 | $ | 75.00 |
| City (Additional): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| Spec (Additional): | $ | 0.00 | $ | 1,400.00 |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed     03-13-2006 16:46
City Register File No.(CRFN):
**2006000140500**

*City Register Official Signature*

NYC HPD Affidavit in Lieu of Registration Statement

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2006031000993001001C2A9C

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)** **PAGE 2 OF 5**

**Document ID: 2006031000993001** Document Date: 03-08-2006 Preparation Date: 03-10-2006

Document Type: DEED

**PARTIES**
**GRANTOR/SELLER:**
CARMEN CARRILLO
132 LOGAN STREET
BROOKLYN, NY 11208

**PARTIES**
**GRANTEE/BUYER:**
REBECCA PEREZ
153 LOGAN STREET
BROOKLYN, NY 11208

K.06-33675

RETT
$1400

WNY-3005 — Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation (Single Sheet)

**CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.**



**THIS INDENTURE**, made the  8th  day of  March  , in the year  2006

**BETWEEN** JULIO CARRILLO and CARMEN CARRILLO as Husband and Wife residing at 132 Logan Street, Brooklyn, New York 11208

party of the first part, and  JAVIER CRUZ and REBECCA PEREZ tenants by The entirety residing at 153 Logan Street, Brooklyn, New York 11208

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of  TEN ($10.00) -------------------- ----------------------------------------------------------------------------- dollars paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the      SEE SCHEDULE A

SAID PREMISES being known as 132 Logan Street, Brooklyn, New York 11208.

Grantor's Title was acquired by deed dated February 16, 1898 and recorded March 4, 1988 in Reel 2182 Page 2153 made be Felicia Comxniello and recorded in the City Register for the County of Kings.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____          _____
                                          JULIO CARRILLO

                                          _____
                                          CARMEN CARRILLO

**STATE OF NEW YORK, COUNTY OF** KINGS

On the 8th day of March in the year 2006,
before me, the undersigned, personally appeared JULIO
CARRILLO and CARMEN CARRILLO
, personally known to me or proved to me on
the basis of satisfactory evidence to be the individual(s) whose
name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their
capacity(ies), and that by his/her/their signature(s) on the
instrument, the individual(s), or the person on behalf of which the
individual(s) acted, executed the instrument.

*Jacqueline LeCoche*
NOTARY PUBLIC
JACQUELINE LeCOCHE
Notary Public, State of New York
No. 4881290
Qualified in Nassau County
Commission Expires 12/22/0*0*

**STATE OF** , **COUNTY OF**

On the day of in the year ,
before me, the undersigned, a Notary Public in and for said State,
personally appeared
, the
subscribing witness to the foregoing instrument, with whom I am
personally acquainted, who, being by me duly sworn, did depose
and say that he/she/they reside(s) in

(if the place of residence is in a city, include the street and street number if any, thereof);
that he/she/they know(s)

to be the individual described in and who executed the foregoing
instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed
his/her/their name(s) as a witness thereto.

[add the following if the acknowledgment is taken outside NY State]
and that said subscribing witness made such appearance before
the undersigned in the (insert the city or other political subdivision and
the State or country or other place the proof was taken).

**STATE OF**

On the day of in the year ,
before me, the undersigned, personally appeared
, personally known to me or proved to me on
the basis of satisfactory evidence to be the individual(s) whose
name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their
capacity(ies), and that by his/her/their signature(s) on the
instrument, the individual(s), or the person on behalf of which the
individual(s) acted, executed the instrument
[add the following if the acknowledgment is taken outside NY State]
and that said subscribing witness made such appearance before
the undersigned in the (insert the city or other political subdivision and the State or
country or other place the acknowledgment was taken).

**STATE OF** , **COUNTY OF**

On the day of in the year ,
before me personally came

to me known, who, being by me duly sworn, did depose and say
that he resides at
that he is the
of
the corporation described in and which executed the foregoing
instrument; that he knows the seal of said corporation; that the
seal affixed to said instrument is such corporate seal; that it was
so affixed by order of the board of directors of said corporation,
and that he signed h name thereto by like order.

---

### Bargain and Sale Deed
WITH COVENANT AGAINST GRANTOR'S ACTS

TITLE No. REK-06-33675

JULIO CARRILLO and CARMEN CARRILLO

TO

JAVIER CRUZ and REBECCA PEREZ



*Distributed by*
**WASHINGTON TITLE**
INSURANCE COMPANY
31 STEWART STREET
FLORAL PARK, NEW YORK 11001
516-488-7100   FAX 516-488-8839

SECTION
BLOCK  4125
LOT    21
COUNTY OR TOWN  Kings
STREET ADDRESS  132 Logan Street

Recorded at Request of WASHINGTON TITLE

**RETURN BY MAIL TO:**

PETER J. ZAHAKOS, ESQ.
One Cross Island Plaza
Rosedale, New York 11422

<div style="text-align:center">

**Regal Title Agency as agent for**
**LAWYERS TITLE INSURANCE CORPORATION**

SCHEDULE A CONTINUATION

</div>

Title Number: **REK-06-33675**            Policy Number: **G47-3346289**

**BLOCK 4125 LOT 21 ON THE TAX MAP OF KINGS COUNTY**

ALL that lot or parcel of land, with the buildings and improvements thereon, situate, laying and being in the Borough of Brooklyn, County of Kings, City and State of New York, and bounded and described as follows:

BEGINNING at a point on the westerly side of Logan Street, distant 1125 feet north from the northwesterly corner of said Logan and Second Streets;

RUNNING THENCE westerly at right angles to said Logan Street, 100 feet;

THENCE northerly and parallel with Logan Street, 25 feet;

THENCE easterly and again at right angles to Logan Street, 100 feet to the westerly side of Logan Street, and

THENCE southerly along the westerly side of Logan Street, 25 feet to the point or place of BEGINNING.

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2006031000993001001SE69D |
|---|---|

| **SUPPORTING DOCUMENT COVER PAGE** | | **PAGE 1 OF 1** |
|---|---|---|
| **Document ID:** 2006031000993001 | Document Date: 03-08-2006 | Preparation Date: 03-10-2006 |
| Document Type: DEED | | |

**ASSOCIATED TAX FORM ID:** 2006030800071

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

| FOR CITY USE ONLY | | | |
|---|---|---|---|
| C1. County Code | | C2. Date Deed Recorded __ / __ / __ Month Day Year | |
| C3. Book OR C5. CRFN | | C4. Page | |

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES
**RP - 5217NYC**
(Rev 11/2002)

### PROPERTY INFORMATION

**1. Property Location:** 132 LOGAN STREET, BROOKLYN, 11208
STREET NUMBER / STREET NAME / BOROUGH / ZIP CODE

**2. Buyer Name:**
CRUZ, JAVIER
PEREZ, REBECCA

**3. Tax Billing Address:** Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

**4. Indicate the number of Assessment Roll parcels transferred on the deed:** 1 # of Parcels OR Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

**5. Deed Property Size:** 25 x 100 FRONT FEET x DEPTH OR ACRES

6. Ownership Type is Condominium
7. New Construction on Vacant Land

**8. Seller Name:**
CARRILLO, JULIO
CARRILLO, CARMEN

**9. Check the box below which most accurately describes the use of the property at the time of sale:**
A [✓] One Family Residential
B [ ] 2 or 3 Family Residential
C [ ] Residential Vacant Land
D [ ] Non-Residential Vacant Land
E [ ] Commercial
F [ ] Apartment
G [ ] Entertainment / Amusement
H [ ] Community Service
I [ ] Industrial
J [ ] Public Service

### SALE INFORMATION

**10. Sale Contract Date:** 11 / 16 / 2005

**11. Date of Sale / Transfer:** 3 / 8 / 2006

**12. Full Sale Price:** $ 350,000

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

**13. Indicate the value of personal property included in the sale:**

**14. Check one or more of these conditions as applicable to transfer:**
A [ ] Sale Between Relatives or Former Relatives
B [ ] Sale Between Related Companies or Partners in Business
C [ ] One of the Buyers is also a Seller
D [ ] Buyer or Seller is Government Agency or Lending Institution
E [ ] Deed Type not Warranty or Bargain and Sale (Specify Below)
F [ ] Sale of Fractional or Less than Fee Interest (Specify Below)
G [ ] Significant Change in Property Between Taxable Status and Sale Dates
H [ ] Sale of Business is Included in Sale Price
I [ ] Other Unusual Factors Affecting Sale Price (Specify Below)
J [✓] None

### ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class:** A 9
**16. Total Assessed Value (of all parcels in transfer):**
**17. Borough, Block and Lot / Roll Identifier(s)** (If more than three, attach sheet with additional identifier(s))
BROOKLYN 4125 21

### CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**
X Rebecca Perez    3/8/06
BUYER SIGNATURE    DATE

132 Logan St
STREET NUMBER   STREET NAME (AFTER SALE)

Brooklyn, N.Y. 11208
CITY OR TOWN   STATE   ZIP CODE

**BUYER'S ATTORNEY**
Zeballos, Peter
LAST NAME    FIRST NAME

718   712-1000
AREA CODE   TELEPHONE NUMBER

**SELLER**
Julio Carrillo    3/8/06
SELLER SIGNATURE    DATE
Carmen Carrillo

2006030800071201

**CERTIFICATION** | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

| BUYER | | BUYER'S ATTORNEY | |
|---|---|---|---|
| X *Rebecca Ruiz* | 3/8/06 | Cotsakos | Peter |
| BUYER SIGNATURE | DATE | LAST NAME | FIRST NAME |
| 22 | Logan St | 718 | 712-1000 |
| STREET NUMBER | STREET NAME (AFTER SALE) | AREA CODE | TELEPHONE NUMBER |
| | | SELLER | |
| Brooklyn | NY | 11208 | *Julie Carrillo* | 3/8/06 |
| CITY OR TOWN | STATE | ZIP CODE | SELLER SIGNATURE | DATE |
| | | *Carmen Carrillo* | |

200603080007120I

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York   )
                    ) SS.:
County of Kings     )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 132 LOGAN STREET | | | | |
|---|---|---|---|---|
| Street Address | | | | Unit/Apt. |
| BROOKLYN | New York, | 4125 | 21 | (the "Premises"); |
| Borough | | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

Julio Carrillo                          Javier Cruz
Carmen Carrillo                         Rebecca Perez
**Name of Grantor** (Type or Print)     **Name of Grantee** (Type or Print)

_[signatures]_
**Signature of Grantor**                **Signature of Grantee**

Sworn to before me                      Sworn to before me
this 8 date of March 2006               this 8 date of March 2006

JACQUELINE LaCOCHE                      JACQUELINE LaCOCHE
Notary Public, State of New York        Notary Public, State of New York
No. 4881290                             No. 4881290
Qualified in Nassau County              Qualified in Nassau County
Commission Expires 12/22/02             Commission Expires 12/22/02

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

(1)

2006030800071101