| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER**<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br><br>2006102501423001001E8977 |

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 4 |
|---|---|---|
| **Document ID:** 2006102501423001 | **Document Date:** 09-26-2006 | **Preparation Date:** 10-25-2006 |
| **Document Type:** DEED | | |
| **Document Page Count:** 2 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| EXPEDIENT TITLE, INC. ( X8238 )<br>75 HOLLY HILL LANE<br>GREENWICH, CT  06830<br>203-629-8850<br>ROB@EXPEDIENT-TITLE.COM | COUNTRYWIDE HOME LOANS, INC.<br>MS SV-79 DOCUMENT PROCESSING<br>P.O. BOX 10423<br>VAN NUYS, CA  91410-0423 |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 12779 | 29 | Entire Lot | 119-12 220 STREET |

**Property Type:** DWELLING ONLY - 1 FAMILY

**CROSS REFERENCE DATA**

CRFN_____  *or*  Document ID_____  *or* _____ Year _____ Reel ___ Page ____ *or* File Number_____

**PARTIES**

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| FREDDY ELMINE<br>119-12 220TH STREET<br>CAMBIA HEIGHTS, NY  11411 | FREDDY ELMINE<br>119-12 220TH STREET<br>CAMBIA HEIGHTS, NY  11411 |

  x   Additional Parties Listed on Continuation Page

**FEES AND TAXES**

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 75.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES:  County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 47.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed           11-20-2006 15:44
City Register File No.(CRFN):
**2006000644405**

*Annetta M Hill*

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|

2006102501423001001C8BF7

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)   PAGE 2 OF 4**

**Document ID:** 2006102501423001   Document Date: 09-6-2006   Preparation Date: 10-25-2006
Document Type: DEED

**PARTIES**
**GRANTEE/BUYER**
MARIE BAPTISTE-CLEMENT
119-12 220TH STREET
CAMBRIA HEIGHTS, NY 11411

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

THIS INDENTURE, made the 26th day of September, 2006

**BETWEEN**

**FREDDY ELMINE**, residing at 119-12 220TH Street, Cambria Heights, NY 11411

party of the first part, and

**FREDDY ELMINE and MARIE BAPTISTE-ELMINE, husband and wife**, both residing at 119-12 220TH Street, Cambria Heights, NY 11411

party of the second part,
**WITNESSETH**, that the party of the first part, in consideration of ten dollars and other valuable consideration paid by the party of the second part, does hereby remise, release and quitclaim unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Fourth Ward, Borough and County of Queens, City and State of New York, known and designated as lots numbered 27 and 26 in Block 11 on a certain map entitled "Cambria Heights, Fourth Ward, Borough of Queens, City of New York, surveyed April, 1924, by William L. Savacool, C.E." and filed in the Office of the Clerk, now Register, of the County of Queens, July 11, 1924 as map number 4513, which said lots are more particularly bounded and described as follows:
Beginning at a point on the Westerly side of 220th Street, distant 100 feet Southerly from the corner formed by the intersection of the Southerly side of 119th Avenue with the Westerly side of 220th Street;
RUNNING THENCE Westerly and parallel with the Southerly side of 119th Avenue 100 feet;
Thence Southerly and parallel with the Westerly side of 220th Street, 40 feet;
Thence Easterly and again parallel with the said Southerly side of 119th Avenue, 100 feet to the Westerly side of 220th Street;
Thence Northerly along said Westerly side of 220th Street, 40 feet to the point or place of Beginning.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____   *[signature]*
                            _____
                            **FREDDY ELMINE**

_____   _____

Standard N.Y.B.T.U. Form 8004 – Quitclaim Deed – Uniform Acknowledgment (single sheet)
Form 2216

**TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE IN NEW YORK STATE**

| | |
|---|---|
| State of New York, County of (Queens) ss: | State of New York, County of ss: |
| On the 10 day of September in the year 2004 before me, the undersigned, personally appeared **FREDDY ELMINE** personally known to me or proved to me on the basis of satisfactory evidence, to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. | On the day of in the year before me, the undersigned, personally appeared personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. |
| _____ (signature and office of individual taking acknowledgment) **PATRICK J. SPENCER** Notary Public, State Of New York No. 01SP6093901 Qualified in Nassau County Commission Expires June 9, 2007 | _____ (signature and office of individual taking acknowledgment) **SEAL** |

**TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE OUTSIDE NEW YORK STATE**

State (or District of Columbia, Territory, or Foreign Country) of _____ ss:

On the _____ day of _____ in the year _____ before me, the undersigned, personally appeared _____ personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the

_____ in _____
(insert the City or other political subdivision)   (and insert the State or Country or other place the acknowledgment was taken)

_____
(signature and office of individual taking acknowledgment)

---

## QUITCLAIM DEED

Title No. **X8238**

**FREDDY ELMINE**
**TO**
**FREDDY ELMINE and MARIE BAPTISTE-ELMINE**

STANDARD FORM OF NEW YORK BOARD OF TITLE UNDERWRITERS
Distributed by
**EXPEDIENT TITLE incorporated**

| | |
|---|---|
| SECTION | 54 |
| BLOCK | 12779 |
| LOT | 29 |
| COUNTY OR TOWN | QUEENS |
| STREET ADDRESS | 119-12 220TH STREET |

Recorded at Request of
COMMONWEALTH LAND TITLE INSURANCE COMPANY

**RETURN BY MAIL TO:**

EXPEDIENT TITLE
75 HOLLY HILL LANE
GREENWICH CT. 06831
TEL 203-629-8850
FAX 203-629-8852

RESERVE THIS SPACE FOR USE OF RECORDING OFFICE

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2006102501423001001S47F6 |
|---|---|

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID:** 2006102501423001   Document Date: 09-26-2006   Preparation Date: 10-25-2006
Document Type: DEED

**ASSOCIATED TAX FORM ID:** 2006102500366

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 1 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES
**RP - 5217NYC**
(Rev 11/2002)

FOR CITY USE ONLY
- C1. County Code
- C2. Date Deed Recorded (Month/Day/Year)
- C3. Book OR
- C4. Page
- C5. CRFN

## PROPERTY INFORMATION

1. **Property Location**: 119-12 220 STREET, QUEENS, 11411
2. **Buyer Name**: ELMINE, FREDDY / BAPTISTE-ELMINE, MARIE
3. **Tax Billing Address**: (indicate where future Tax Bills are to be sent if other than buyer address at bottom of form)
4. **Indicate the number of Assessment Roll parcels transferred on the deed**: # of Parcels OR Part of a Parcel
   - 4A. Planning Board Approval - N/A for NYC
   - 4B. Agricultural District Notice - N/A for NYC
   
   Check the boxes below as they apply:
   - 6. Ownership Type is Condominium ☐
   - 7. New Construction on Vacant Land ☐
5. **Deed Property Size**: 40 X 100 (FRONT FEET x DEPTH) OR ___ ACRES
8. **Seller Name**: ELMINE, FREDDY

9. Check the box below which most accurately describes the use of the property at the time of sale:
   - A ☑ One Family Residential
   - B ☐ 2 or 3 Family Residential
   - C ☐ Residential Vacant Land
   - D ☐ Non-Residential Vacant Land
   - E ☐ Commercial
   - F ☐ Apartment
   - G ☐ Entertainment / Amusement
   - H ☐ Community Service
   - I ☐ Industrial
   - J ☐ Public Service

## SALE INFORMATION

10. **Sale Contract Date**: 9 / 26 / 2006
11. **Date of Sale / Transfer**: 9 / 26 / 2006
12. **Full Sale Price**: $ 0
    Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations. Please round to the nearest whole dollar amount.
13. **Indicate the value of personal property included in the sale**

Check one or more of these conditions as applicable to transfer:
- ☐ Sale Between Relatives or Former Relatives
- ☐ Sale Between Related Companies or Partners in Business
- ☑ One of the Buyers is also a Seller
- ☐ Buyer or Seller is Government Agency or Lending Institution
- ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
- ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
- ☐ Significant Change in Property Between Taxable Status and Sale Dates
- ☐ Sale of Business is Included in Sale Price
- ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
- ☐ None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

15. **Building Class**: A2
16. **Total Assessed Value (of all parcels in transfer)**: 16,243
17. **Borough, Block and Lot / Roll Identifier(s)** (If more than three, attach sheet with additional identifier(s))
    QUEENS 2 79 29

## CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**: Freddy Elmine / Marie Baptiste-Elmine  9/26/06
119-12 220th St
Cambria Heights NY 11411

**BUYER'S ATTORNEY**: N/A

**SELLER**: Freddy Elmine  9/26/06

2006102500366201

Affidavit of Compliance with Smoke Detector Requirement for One-and-Two Family Dwellings

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York  
                            SS.:  
County of QUEENS

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 119-12 220 STREET | | | | |
|---|---|---|---|---|
| Street Address | | | | Unit/Apt. |
| QUEENS | New York, | 2779 | 29 | (the "Premises"); |
| Borough | | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required and must be notarized).

Freddy Elmine                                   Mukie Baptiste-Elmint  
Name of Grantor (Type or Print)              Name of Grantee (Type or Print)

_[signature]_                                _[signature]_  
Signature of Grantor                          Signature of Grantee

Sworn to before me                            Sworn to before me  
this ___ date of September 19, 2006           this ___ date of September 19, 2006  

PATRICK J. SPENCER                            PATRICK J. SPENCER  
Notary Public, State Of New York              Notary Public, State Of New York  
No. 01SP6093901                               No. 01SP6093901  
Qualified In Nassau County                    Qualified In Nassau County  
Commission Expires June 9, 2007               Commission Expires June 9, 2007

These statements are made with the knowledge that a willful misrepresentation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

1

2006102500366101