| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER**<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br><br>2006041801281001001E32BD |

| | | |
|---|---|---|
| **RECORDING AND ENDORSEMENT COVER PAGE** | | **PAGE 1 OF 4** |
| **Document ID:** 2006041801281001 | Document Date: 02-17-2006 | Preparation Date: 04-18-2006 |
| Document Type: DEED | | |
| Document Page Count: 3 | | |

| **PRESENTER:** | **RETURN TO:** |
|---|---|
| KEY STONE ABSTRACT CORP.<br>755 EAST 81ST STREET<br>BROOKLYN, NY 11236<br>718-251-2288<br>KSAK060028 | GLENROY GEORGE ESQ.<br>822 CLARKSON AVENUE<br>BROOKLYN, NY 11203 |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 3858 | 113 | Entire Lot | 346 LOTT AVENUE |

**Property Type:** DWELLING ONLY - 1 FAMILY

**CROSS REFERENCE DATA**

CRFN_____ *or* Document ID_____ *or* _____ Year_____ Reel __ Page ____ *or* File Number_____

**PARTIES**

| **GRANTOR/SELLER:** | **GRANTEE/BUYER:** |
|---|---|
| OLIVIA TOMLIN<br>346 LOTT AVENUE,<br>BROOKLYN, NY 11212 | YVONNE PRESCOTT<br>174 BEACH 98TH STREET,<br>FAR ROCKAWAY, NY 11694 |

**FEES AND TAXES**

| **Mortgage** | | | Recording Fee: $ | 52.00 |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Affidavit Fee: $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax Filing Fee: | |
| Exemption: | | | $ | 75.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 1,316.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** | |
| MTA: | $ | 0.00 | **OF THE CITY REGISTER OF THE** | |
| NYCTA: | $ | 0.00 | **CITY OF NEW YORK** | |
| Additional MRT: | $ | 0.00 | Recorded/Filed | 05-09-2006 12:18 |
| TOTAL: | $ | 0.00 | City Register File No.(CRFN): | |
| | | | **2006000257896** | |

NYC HPD Affidavit in Lieu of Registration Statement

*City Register Official Signature*

*EXHIBIT 2S*
*ONE Family*

Bargain and Sale Deed, with Covenant against Grantor's Acts – Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT - THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

**THIS INDENTURE**, made the 17 day of **FEBRUARY** in the year **2006**

**BETWEEN**

**OLIVIA TOMLIN**
**346 LOTT AVENUE,**
**BROOKLYN, NEW YORK 11212**

party of the first part, and

**YVONNE PRESCOTT**
**174 BEACH 98ᵀᴴ STREET,**
**FAR ROCKAWAY, NEW YORK 11694**

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of                              dollars paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

**SEE ATTACHED SCHEDULE "A'**
*Being the same premises conveyed to the grantor(s) by deed recorded in Reel 2275 page 1654*

Premises commonly known as

**346 LOTT AVENUE,**
**BROOKLYN, NEW YORK 11212**

**TOGETHER** with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first payment of the cost of the improvement before using any part of the total of the same for any other purpose.
The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____
Witness

*[signature]*
*Olivia Tomlin*

| ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE | ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE |
|---|---|
| State of New York, County of Kings ,ss.: <br> On the 17th day of February 2004, before me, the undersigned personally appeared Olivia Tomlin, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me the he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signatures on the instrument, the individual(s) acted, executed the instrument. <br><br> ALLANA DANIEL <br> Notary Public, State of New York <br> No. 01DA6098734 <br> Qualified in Queens County <br> Commission Expires September 12, 2007 | State of New York, County of ,ss.: <br><br> On the day of , before me, the undersigned personally appeared <br><br> , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me the he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signatures on the instrument, the individual(s) acted, executed the instrument. |
| ACKNOWLEDGEMENT OF SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE <br><br> State of New York, County of ,ss: <br><br> On day of in the year , before me, the undersigned, a Notary Public in and for said State, personally appeared , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in <br><br> (if the place of residence is in a city, include the street and street number if any, thereof) <br> that he/she/they know(s) to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said execute the same; and that said at the same time subscribed his/her/their name(s) as a witness thereto | ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE <br><br> *State of , County of ,ss: <br> *(or insert District of Columbia, Territory, Possession or Foreign County) <br><br> On the day of , before me, the undersigned personally appeared <br><br> , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me the he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signatures on the instrument, the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the <br><br> (add the city or political subdivision and the state or county or other place the acknowledgement was taken). |

**Bargain and Sale Deed**
**WITH COVENANT AGAINST GRANTOR'S ACTS**
**TITLE NO.:   KSAK06028**

SECTION:   12
BLOCK:     3858
LOT:       113
COUNTY OR TOWN:   KINGS

OLIVIA TOMLIN

TO

YVONNE PRESCOTT

RETURN BY MAIL TO

*Glenroy M. George, Esq.*
*959 Utica Avenue, 1st Floor*
*Brooklyn, New York 11203*

# KEY STONE ABSTRACT CORP.

## Schedule A Description

Title Number **KSAK06028**          Policy Number: **63464568**          Page   1

ALL that certain plot, piece or parcel of land situate lying and being in the Borough and County of Kings and State of New York, bounded and described as follows:

BEGINNING at a point on the southerly side of Lott Avenue distance 28.09 feet westerly from the corner formed by the intersection of the southerly side of Lott Avenue with the westerly side of Junius Street;

RUNNING THENCE southerly and at right angles to the southerly side of Lott Avenue and part of the distance through a party wall 84.10 feet to the northerly side of New Lots Avenue;

RUNNING THENCE westerly and along the northerly side of New Lots Avenue 19.08 feet;

RUNNING THENCE northerly and again at right angles to the southerly side of New Lots Avenue and part of the distance through a party wall 90.41 feet to the southerly side of Lott Avenue;

RUNNING THENCE easterly and along the southerly side of Lott Avenue 18.00 feet to the point or place of BEGINNING.

| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER** | <br>2006041801281001001SFC3C |
|---|---|

| **SUPPORTING DOCUMENT COVER PAGE** | **PAGE 1 OF 1** |
|---|---|

**Document ID:** 2006041801281001   Document Date: 02-17-2006   Preparation Date: 04-18-2006
Document Type: DEED

**ASSOCIATED TAX FORM ID:** 2006021600653

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 1 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

| FOR CITY USE ONLY | | REAL PROPERTY TRANSFER REPORT |
|---|---|---|
| C1. County Code | C2. Date Deed Recorded __/__/__ (Month/Day/Year) | STATE OF NEW YORK |
| C3. Book | C4. Page | STATE BOARD OF REAL PROPERTY SERVICES |
| OR | | **RP - 5217NYC** |
| C5. CRFN | | (Rev 11/2002) |

## PROPERTY INFORMATION

**1. Property Location:** 346 (STREET NUMBER) | LOTT AVENUE (STREET NAME) | BROOKLYN (BOROUGH) | 11212 (ZIP CODE)

**2. Buyer Name:** PRESCOTT (LAST NAME / COMPANY) | YVONNE (FIRST NAME)

**3. Tax Billing Address:** Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

**4. Indicate the number of Assessment Roll parcels transferred on the deed:** 1 # of Parcels

- A. Planning Board Approval - N/A for NYC
- B. Agricultural District Notice - N/A for NYC

Check the boxes below as they apply:
- C. Ownership Type is Condominium
- D. New Construction on Vacant Land

**5. Deed Property Size:** ___ FRONT FEET X ___ DEPTH OR ___ ACRES

**8. Seller Name:** TOMLIN (LAST NAME / COMPANY) | OLIVIA (FIRST NAME)

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

- A. ✓ One Family Residential
- B. 2 or 3 Family Residential
- C. Residential Vacant Land
- D. Non-Residential Vacant Land
- E. Commercial
- F. Apartment
- G. Entertainment / Amusement
- H. Community Service
- I. Industrial
- J. Public Service

## SALE INFORMATION

**10. Sale Contract Date:** 1 / 26 / 2006

**11. Date of Sale / Transfer:** 2 / 17 / 2006

**12. Full Sale Price $** 328,900

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

**13. Indicate the value of personal property included in the sale**

**14. Check one or more of these conditions as applicable to transfer:**
- A. Sale Between Relatives or Former Relatives
- B. Sale Between Related Companies or Partners in Business
- C. One of the Buyers is also a Seller
- D. Buyer or Seller is Government Agency or Lending Institution
- E. Deed Type not Warranty or Bargain and Sale (Specify Below)
- F. Sale of Fractional or Less than Fee Interest (Specify Below)
- G. Significant Change in Property Between Taxable Status and Sale Dates
- H. Sale of Business is Included in Sale Price
- I. Other Unusual Factors Affecting Sale Price (Specify Below)
- J. ✓ None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class:** A 5

**16. Total Assessed Value (of all parcels in transfer):**

**17. Borough, Block and Lot / Roll Identifier(s)** (If more than three, attach sheet with additional identifier(s))

BROOKLYN 3858 113

## CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**
Signature / 02/17/06
346 LOTT AVENUE (AFTER SALE)
BROOKLYN, NY 11212

**BUYER'S ATTORNEY**
LAST NAME | FIRST NAME
718 | 778-2994

**SELLER**
Signature / 02/17/06

2006021600653201

Affidavit of Compliance with Smoke Detector Requirement for One and Two Family Dwellings

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York )
County of Kings ) SS.:
)

The undersigned being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 346 LOTT AVENUE | | | | |
|---|---|---|---|---|
| Street Address | | | | Unit/Apt. |
| BROOKLYN | New York, | 3858 | 113 | (the "Premises"); |
| Borough | | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

Olivia Tomlin
**Name of Grantor** (Type or Print)

Olivia Tomlin
**Signature of Grantor**

Yvonne Prescott
**Name of Grantee** (Type or Print)

**Signature of Grantee**

Sworn to before me Allana Daniel
this 19th date of February 19 2006
ALLANA DANIEL
Notary Public, State of New York
No. 01DA6098734
Qualified in Queens County
Commission Expires September 22, 2007

Sworn to before me Allana Daniel
this 19th date of February 19 2006
ALLANA DANIEL
Notary Public, State of New York
No. 01DA6098734
Qualified in Queens County
Commission Expires September 22, 2007

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2006021600653101