| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER**<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br><br>2006013101714002001E4598 |

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 5 |
|---|---|---|
| **Document ID:** 2006013101714002 | **Document Date:** 01-17-2006 | **Preparation Date:** 01-31-2006 |
| **Document Type:** DEED | | |
| **Document Page Count:** 3 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| REGENCY ABSTRACT LLC<br>38-50 BELL BOULEVARD<br>BAYSIDE, NY 11361<br>718-423-5333<br>GE-7956-B-2005       4748/52 | PRECILIA OKORONKWO<br>32-30 MICKLE AVENUE<br>BRONX, NY 10469 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BRONX | 4748 | 52 | Entire Lot | 32-30 MICKLE AVENUE |

**Property Type:** DWELLING ONLY - 2 FAMILY

### CROSS REFERENCE DATA

CRFN_____ *or* Document ID_____ *or* _____ Year_____ Reel ___ Page _____ *or* File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| LARRINE GHOLSTON<br>233 W 138TH STREET<br>NEW YORK, NY 10030 | OCHIEZE OKORONKWO<br>948 E. 219TH STREET<br>BRONX, NY 10467 |

x  Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Recording Fee: $ | 52.00 |
| Taxable Mortgage Amount: | $ | 0.00 | Affidavit Fee: $ | 0.00 |
| Exemption: | | | NYC Real Property Transfer Tax Filing Fee: | |
| TAXES: County (Basic): | $ | 0.00 | $ | 75.00 |
| City (Additional): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| Spec (Additional): | $ | 0.00 | $ | 1,700.00 |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed       02-07-2006 09:41
City Register File No.(CRFN):
**2006000070835**

*City Register Official Signature*

NYC HPD Affidavit in Lieu of Registration Statement

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|

2006013101714002001C4718

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)**     PAGE 2 OF 5

**Document ID:** 2006013101714002     Document Date: 01-17-2006     Preparation Date: 01-31-2006
Document Type: DEED

**PARTIES**
**GRANTOR/SELLER:**
LAURA M WIGFALL N/K/A LAURA MAE LANE
233 W 138TH STREET
NEW YORK, NY 10030

**PARTIES**
**GRANTEE/BUYER:**
PRECILIA OKORONKWO
948 E. 219TH STREET
BRONX, NY 10467

Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

THIS INDENTURE, made the 17 day of JANUARY, in the year 2006

BETWEEN LAURA M. WIGFALL AND LARRINE GHOLSTON RESIDING AT 233 W 138TH STREET, NEW YORK, NEW YORK 10030   NIKIA LAURA MAELANE C/H

party of the first part, and PRECILIA OKORONKWO AND OCHIEZE OKORONKWO AS JOINT TENANTS RESIDING AT 948 E. 219TH STREET, BRONX, NEW YORK 10467.

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of

$10.00 dollars

paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

*[handwritten: GE-7956-3-2005, BLK-4748, LOT-52]*

SEE "SCHEDULE A" ATTACHED HERETO

BEING AND INTENDED TO BE THE SAME PREMISES AS DESCRIBED IN DEED DATED 10-13-1981 AND RECORDED 10-26-1981 IN REEL 457 PAGE 532.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_[signature: Andrea Mendez]_    _[signature: Laura Maetine by Larrine Wigfall Gholston as attorney-in-fact]_
LAURA M. WIGFALL

_[signature: Larrine Gholston]_
LARRINE GHOLSTON

## Schedule A Description

ber GE-7956-B-2005                                                                                         Page   1

ALL that certain plot, piece or parcel of land, situate, lying and being in County of Bronx, City and State of New York, lying and being in the County of Bronx, City and State of New York;

BEGINNING at a point on the easterly side of Mickle Avenue, distant 246.39 feet southerly from the corner formed by the intersection of the easterly side of Mickle Avenue with the southerly side of Givan Avenue;

RUNNING THENCE easterly at right angles to Mickle Avenue 95 feet;

THENCE southerly parallel with Mickle Avenue 22.91 feet;

THENCE westerly again at right angles to Mickle Avenue, and part of the distance through a party wall, 95 feet to the easterly side of Mickle Avenue; and

THENCE northerly along the easterly side of Mickle Avenue 22.91 feet to the point or place of BEGINNING.

I NSURE

| ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE | ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE |
|---|---|
| State of New York, County of BRONX, ss: | State of New York, County of         , ss: |
| On the 17 day of JANUARY in the year 2006, before me, the undersigned, personally appeared Larrine Gholston, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument | On the    day of       in the year    , before me, the undersigned, personally appeared         , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. |

**DANI MULLAEV**
Notary Public, State of New York
No. 01MU6090167
Qualified in Queens County
Commission Expires April 7, 2007

| ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE | ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE |
|---|---|
| State of New York, County of    , ss: On the    day of    in the year    , before me, the undersigned, a Notary Public in and for said State, personally appeared     , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in (if the place of residence is in a city, include the street and street number if any, thereof): that he/she/they know(s) to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto | *State of    , County of    , ss: *(Or insert District of Columbia, Territory, Possession or Foreign County) On the    day of    in the year    , before me the undersigned personally appeared Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the (add the city or political subdivision and the state or country or other place the acknowledgement was taken). |

## Bargain and Sale Deed
## With Covenants

**Title No. GE-7956-2005**

LAURA M. WIGFALL AND LARRINE GHOLSTON
TO
PRECILIA OKORONKWO AND OCHIEZE OKORONKWO

DISTRIBUTED BY
YOUR TITLE EXPERTS
The Judicial Title Insurance Agency LLC
800-281-TITLE (8485)  FAX: 800-FAX-9396

SECTION:
BLOCK: 4748
LOT: 52
COUNTY OR TOWN: BRONX

**RETURN BY MAIL TO:**

PRECILIA OKORONKWO AND OCHIEZE OKORONKWO
32-30 MICKLE AVENUE, BRONX, NEW YORK 10469

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2006013101714002001S8B19

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID:** 2006013101714002   Document Date: 01-17-2006   Preparation Date: 01-31-2006
Document Type: DEED

**ASSOCIATED TAX FORM ID:** 2006011600283

**SUPPORTING DOCUMENTS SUBMITTED:**

|  | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

| FOR CITY USE ONLY | | | | |
|---|---|---|---|---|
| C1. County Code | | C2. Date Deed Recorded | Month / Day / Year | |
| C3. Book OR | | C4. Page | | |
| C5. CRFN | | | | |

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES
**RP - 5217NYC**
(Rev 11/2002)

## PROPERTY INFORMATION

1. **Property Location**: 32-30 MICKLE AVENUE | BRONX | 10469
   STREET NUMBER | STREET NAME | BOROUGH | ZIP CODE

2. **Buyer Name**: 
   OKORONKWO | OCHIEZE
   LAST NAME / COMPANY | FIRST NAME
   OKORONKWO | PRECILIA
   LAST NAME / COMPANY | FIRST NAME

3. **Tax Billing Address**: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

4. **Indicate the number of Assessment Roll parcels transferred on the deed**: 1 # of Parcels OR ☐ Part of a Parcel
   - 4A. Planning Board Approval - N/A for NYC
   - 4B. Agricultural District Notice - N/A for NYC

5. **Deed Property Size**: ___ X ___ OR ___ ACRES
   FRONT FEET / DEPTH / ACRES

   Check the boxes below as they apply:
   6. Ownership Type is Condominium ☐
   7. New Construction on Vacant Land ☐

8. **Seller Name**: 
   GHOLSTON | LARRINE
   LAURA M WIGFALL N/K/A LAURA MAE LANE

9. Check the box below which most accurately describes the use of the property at the time of sale:
   - A ☐ One Family Residential
   - B ☑ 2 or 3 Family Residential
   - C ☐ Residential Vacant Land
   - D ☐ Non-Residential Vacant Land
   - E ☐ Commercial
   - F ☐ Apartment
   - G ☐ Entertainment / Amusement
   - H ☐ Community Service
   - I ☐ Industrial
   - J ☐ Public Service

## SALE INFORMATION

10. **Sale Contract Date**: 11 / 15 / 2005
11. **Date of Sale / Transfer**: 1 / 17 / 2006
12. **Full Sale Price**: $ 425,000
    (Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.
13. **Indicate the value of personal property included in the sale**: 

14. Check one or more of these conditions as applicable to transfer:
    - A ☐ Sale Between Relatives or Former Relatives
    - B ☐ Sale Between Related Companies or Partners in Business
    - C ☐ One of the Buyers is also a Seller
    - D ☐ Buyer or Seller is Government Agency or Lending Institution
    - E ☐ Deed Type **not** Warranty or Bargain and Sale (Specify Below)
    - F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
    - G ☐ Significant Change in Property Between Taxable Status and Sale Dates
    - H ☐ Sale of Business is Included in Sale Price
    - I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
    - J ☑ None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

15. **Building Class**: A 5
16. **Total Assessed Value** (of all parcels in transfer):
17. **Borough, Block and Lot / Roll Identifier(s)** (If more than three, attach sheet with additional identifier(s)):
    BRONX 4748 52

## CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**
BUYER SIGNATURE | DATE
STREET NUMBER | STREET NAME (AFTER SALE)
CITY OR TOWN | STATE | ZIP CODE

**BUYER'S ATTORNEY**
LAST NAME | FIRST NAME
718 | 423-2411
AREA CODE | TELEPHONE NUMBER

**SELLER**
SELLER SIGNATURE | DATE

2006011600283201

# REAL PROPERTY TRANSFER REPORT
### STATE OF NEW YORK
### STATE BOARD OF REAL PROPERTY SERVICES
## RP - 5217NYC
(Rev 11/2002)

**FOR CITY USE ONLY**
- C1. County Code
- C2. Date Deed Recorded: Month / Day / Year
- C3. Book
- C4. Page
- OR
- C5. CRFN

## PROPERTY INFORMATION

**1. Property Location:** 32-30 MICKLE AVENUE, BRONX, 10469

**2. Buyer Name:**
- OKARENKWO, OCHIEZE
- OKARENKWO, PRECILIA

**3. Tax Billing Address:** Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

**4. Indicate the number of Assessment Roll parcels transferred on the deed:** 1 # of Parcels

- 4A. Planning Board Approval - N/A for NYC
- 4B. Agricultural District Notice - N/A for NYC

**5. Deed Property Size:** FRONT FEET x DEPTH OR ACRES

Check the boxes below as they apply:
- 6. Ownership Type is Condominium
- 7. New Construction on Vacant Land

**8. Seller Name:**
- GHOLSTON, LARRINE
- LANE, LAURA

**9. Check the box below which most accurately describes the use of the property at the time of sale:**
- A. One Family Residential
- B. ✓ 2 or 3 Family Residential
- C. Residential Vacant Land
- D. Non-Residential Vacant Land
- E. Commercial
- F. Apartment
- G. Entertainment / Amusement
- H. Community Service
- I. Industrial
- J. Public Service

## SALE INFORMATION

**10. Sale Contract Date:** 11 / 15 / 2005

**11. Date of Sale / Transfer:** 1 / 17 / 2006

**12. Full Sale Price:** $ 425,000

**14. Check one or more of these conditions as applicable to transfer:**
- A. Sale Between Relatives or Former Relatives
- B. Sale Between Related Companies or Partners in Business
- C. One of the Buyers is also a Seller
- D. Buyer or Seller is Government Agency or Lending Institution
- E. Deed Type not Warranty or Bargain and Sale (Specify Below)
- F. Sale of Fractional or Less than Fee Interest (Specify Below)
- G. Significant Change in Property Between Taxable Status and Sale Dates
- H. Sale of Business is Included in Sale Price
- I. Other Unusual Factors Affecting Sale Price (Specify Below)
- J. ✓ None

**13. Indicate the value of personal property included in the sale:**

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class:** A 5

**16. Total Assessed Value (of all parcels in transfer):**

**17. Borough, Block and Lot / Roll Identifier(s):** BRONX 4748 52

## CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**
- Signature, Date: 1-17-06
- Street Number: 32-30
- Street Name (after sale): Mickle Av
- City: Bronx, State: NY, Zip: 10469

**BUYER'S ATTORNEY**
- Area Code: 718, Telephone: 423-2411

**SELLER SIGNATURE**
Laura Mae Lane by Larrine Gholston as attorney-in-fact

2006011600283201

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

| BUYER | | | | BUYER'S ATTORNEY | |
|---|---|---|---|---|---|
| *[signature]* | | 1-17-05 | *[signature]* | | |
| BUYER SIGNATURE | | DATE | LAST NAME | | FIRST NAME |
| 32-30 | Miche Ave | | 718 | 423-2411 | |
| STREET NUMBER | STREET NAME (AFTER SALE) | | AREA CODE | TELEPHONE NUMBER | |
| Bronx | NY | 10464 | Lonnie Westfall Gholston | | Jan 17, 2006 |
| CITY OR TOWN | STATE | ZIP CODE | Lara Mae Loeb by | | DATE |
| | | | SELLER SIGNATURE | | |
| | | | Lonnie Westfall Gholston | | |
| | | | as attorney-in-fact | | |

200601160028320 1

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York )
) SS.:
County of  Bronx )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 32-30 MICKLE AVENUE | | | | |
|---|---|---|---|---|
| Street Address | | | | Unit/Apt. |
| BRONX | New York, | 4748 | 52 | (the "Premises"); |
| Borough | | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

Larone Wighall Gholston

_____ | _____
Name of Grantor (Type or Print) | Name of Grantee (Type or Print)

_____ | _____
Signature of Grantor | Signature of Grantee

Sworn to before me | Sworn to before me
this 17 date of January 2006 | this 17 date of January 2006

DANI MULLAEV | DANI MULLAEV
Notary Public, State of New York | Notary Public, State of New York
No. 01MU6090167 | No. 01MU6090167
Qualified in Queens County | Qualified in Queens County
Commission Expires April 7, 2007 | Commission Expires April 7, 2007

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

(1)

2006011600283101

# AFFIDAVIT OF COMPLIANCE WITH CARBON MONOXIDE DETECTOR REQUIREMENT FOR ONE AND TWO FAMILY DWELLINGS

The undersigned, being duly sworn, depose and say that under penalty of perjury that they are the grantor of the real property or of the cooperative shares in a cooperative corporation owning real property located at:

_____32-30_____ Michle Au_____, _____,
Street Address                                                                Unit/Apt.

_____Bronx_____. New York. (the "Premises");
City/Town

That the premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one-or-two family dwelling, and that installed in the Premises is an approved and operational carbon monoxide detecting device in compliance with subdivision 5-a of Section 378 of the Executive Law concerning carbon monoxide detectors.

_____Larrin Gholth_____          _____Precilia Ohoronhu_____
Name of Grantor                                    Name of Grantee

_____[signature]_____          _____[signature]_____
Signature of Grantor                              Signature of Grantee

1-17-2006                                              1-17-2006
Date                                                        Date

DANI MULLAEV
Notary Public, State of New York
No. 01MU6090167
Qualified in Queens County
Commission Expires April 7, 2007

DANI MULLAEV
Notary Public, State of New York
No. 01MU6090167
Qualified in Queens County
Commission Expires April 7, 2007

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime under article 210 of the penal code.