| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER**<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2005052401981001001EE8EF |

**RECORDING AND ENDORSEMENT COVER PAGE** — PAGE 1 OF 5

**Document ID:** 2005052401981001   **Document Date:** 05-20-2005   **Preparation Date:** 05-24-2005
**Document Type:** DEED
**Document Page Count:** 3

| PRESENTER: | RETURN TO: |
|---|---|
| ROCKWELL ABSTRACT LLC<br>39 W 37TH ST<br>AS AGENT<br>NEW YORK, NY 10018<br>212-812-2654<br>RWL050453A   TAD | WILLIAM REINHARDT, ESQ<br>2990 AVENUE U<br>BROOKLYN, NY 11229<br><br>RWL050453A PROPHETE B8044 L55 KINGS |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 8044 | 55 | Entire Lot | 15 PAERDEGAT 6TH STREET |

**Property Type:** 1- 2 FAM WITH ATTCH GAR /OR VACANT LAND

**CROSS REFERENCE DATA**

CRFN_____   or Document ID_____   or _____ Year_____ Reel___ Page_____ or File Number_____

**PARTIES**

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| SUSAN CHERNOV<br>15 PAERDEGAT 6TH STREET<br>BROOKLYN, NY 11236 | ROSE PROPHETE<br>89 EAST 43RD STREET, UNIT 6A<br>BROOKLYN, NY 11236 |

x  Additional Parties Listed on Continuation Page

**FEES AND TAXES**

| Mortgage | | | Recording Fee: | $ | 52.00 |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Affidavit Fee: | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax Filing Fee: | | |
| Exemption: | | | | $ | 75.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 2,100.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |

NYC HPD Affidavit in Lieu of Registration Statement

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed    06-01-2005 11:15
City Register File No.(CRFN):
   2005000318209

*City Register Official Signature*

Case 1:21-cv-04994-RPK-PK   Document 27-17   Filed 03/07/22   Page 2 of 10 PageID #: 633

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  2005052401981001001CEA6F |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)**     PAGE 2 OF 5

Document ID: 2005052401981001    Document Date: 05-20-2005    Preparation Date: 05-24-2005
Document Type: DEED

**PARTIES**

| GRANTOR/SELLER: | GRANTOR/SELLER: |
|---|---|
| ISADORE UNGER | AS TRUSTEES UNDER CERTAIN TRUST DATED |
| 15 PAERDEGAT 6TH STREET | 2/27/1988 |
| BROOKLYN, NY 11236 | 15 PAEDEGAT 6TH ST |
| | BROOKLYN, NY 11236 |
| **GRANTOR/SELLER:** | **GRANTOR/SELLER:** |
| BETW OSCAR & ROSE UNGER | & SUSAN CHERNOV & ISADORE UNGER |
| 15 PAEDEGAT 6TH ST | 15 PAERDEGAT 6TH STREET |
| BROOKLYN, NY 11236 | BROOKLYN, NY 11236 |

**PARTIES**
GRANTEE/BUYER:
GABRIEL ERNST
89 EAST 43RD STREET
BROOKLYN, NY 11236

Standard N.Y.B T.U. Form 8002     Bargain and Sale Deed with Covenants against Grantor's Acts - Individual or Corporation (Single Sheet)

**CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT - THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY**

**THIS INDENTURE,** made the  day of **May, 2005.**

**BETWEEN Susan Chernov and Isadore Unger, as Trustees under a certain trust dated February 27, 1988 between Oscar and Rose Unger and Susan Chernov and Isadore Unger**, residing at **15 PAERDEGAT 6TH STREET, BROOKLYN, New York** ,



party of the first part, and **ROSE PROPHETE and** ~~GABRIEL ERNST~~ (Ernst Gabriel), residing at **89 EAST 43TH STREET, UNIT 6A, BROOKLYN, New York** ,

party of the second part.

**WITNESSETH,** that the party of the first part, in consideration of **TEN ($10.00)** dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the **City of Brooklyn, County of Kings and State of New York,**

See attached Schedule "A".

Section **24**
Block **8044**
Lot **55**
District **3**

**BEING AND INTENDED TO BE** the same premises conveyed to the party of the first part by by deed dated and recorded in KINGS COUNTY.

TOGETHER with all right, title and interest, if any, of the party of the first in an to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs and successors and assigns of the party of the second part forever.

AND the party of the first part covenant that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF

_____
**WITNESS**

**Rockwell Abstract, LLC**
Issued on behalf of
*First American Title Insurance Company of New York*

**Title No.:** *RWL050453A*

## SCHEDULE A

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the westerly side of Paerdegat 6th Street 229 feet distant southerly from the corner formed by the intersection of the southerly side of East 80th Street and the westerly side of Paerdegat 6th Street;

RUNNING THENCE westerly parallel with the southerly side of East 80th Street and part of the distance through a party wall 100 feet;

RUNNING THENCE southerly and parallel with the westerly side of Paerdegat 6th Street 20 feet;

RUNNING THENCE easterly parallel with the southerly side of East 80th Street and part of the distance through a party wall 100 feet to the westerly side of Paerdegat 6th Street;

THENCE northerly along the westerly side of Paerdegat 6th Street 20 feet to the point or place of BEGINNING.

FOR INFORMATION ONLY:
Said premises is known as 15 Paerdegat 6th Street, Brooklyn, New York
Also known as Lot 55, Block 8044, in Kings County

**TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE IN NEW YORK STATE**

| STATE OF NEW YORK, COUNTY OF Kings SS: | STATE OF NEW YORK, COUNTY OF SS |
|---|---|
| On this 20th day of **MAY, 2005** before me, the undersigned, personally appeared Susan Chernov and Isadore Unger personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. | On this day of before me, the undersigned, personally appeared personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. |
| _____ (signature and office of individual taking acknowledgment) | _____ (signature and office of individual taking acknowledgment) |

HILLEL KANNER
Notary Public - State of New York
No. 02KA6097305
Qualified in Kings County
Commission Expires August 16, 2007

**TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE OUTSIDE NEW YORK STATE**

State (or District of Columbia, Territory, or Foreign Country) of _____ ss:

On the _____ day of _____ in the year _____ before me, the undersigned, personally appeared _____ personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the _____ in _____
(insert the City or other political subdivision)   (and insert the State or Country or other place the acknowledgment was taken)

_____
(signature and office of individual taking acknowledgment)

## BARGAIN AND SALE DEED
WITH COVENANTS AGAINST GRANTOR'S ACTS

TITLE NO.  RWL050453A

Susan Chernov and Isadore Unger, as Trustees under a certain trust dated February 27, 1988 between Oscar and Rose Unger and Susan Chernov and Isadore Unger

TO

**ROSE PROPHETE and GABRIEL ERNST**

STANDARD FORM OF NEW YORK BOARD OF TITLE UNDERWRITERS

SECTION **24**

BLOCK **8044**

LOT **55**

COUNTY OR TOWN **Kings**

Recorded at Request of :

Return by Mail to:
**WILLIAM REINHARDT, ESQ.**
**2990 AVENUE U**
**BROOKLYN, NY 11229**

RESERVE THIS SPACE FOR USE OF RECORDING OFFICE

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2005052401981001001S266E

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID:** 2005052401981001  **Document Date:** 05-20-2005  **Preparation Date:** 05-24-2005
**Document Type:** DEED

**ASSOCIATED TAX FORM ID:** 2005051900485

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 1 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

Case 1:21-cv-04994-RPK-PK   Document 27-17   Filed 03/07/22   Page 6 of 10 PageID #: 637

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES
**RP - 5217NYC**
(Rev 11/2002)

**FOR CITY USE ONLY**
- C1. County Code
- C2. Date Deed Recorded __/__/__ (Month/Day/Year)
- C3. Book
- C4. Page
- OR
- C5. CRFN

**PROPERTY INFORMATION**

1. Property Location: 15 PAERDEGAT 6TH STREET, BROOKLYN, 11236
2. Buyer Name: PROPHETE, ROSE / ERNST, GABRIEL
3. Tax Billing Address: (Indicate where future Tax Bills are to be sent if other than buyer address)
4. Indicate the number of Assessment Roll parcels transferred on the deed: 1
   - 4A. Planning Board Approval - N/A for NYC
   - 4B. Agricultural District Notice - N/A for NYC
5. Deed Property Size: 20 FRONT FEET x 100 DEPTH
6. Ownership Type is Condominium: ☐
7. New Construction on Vacant Land: ☐
8. Seller Name: UNGER, ROSE

9. Check the box below which most accurately describes the use of the property at the time of sale:
   - A ☑ One Family Residential
   - B ☐ 2 or 3 Family Residential
   - C ☐ Residential Vacant Land
   - D ☐ Non-Residential Vacant Land
   - E ☐ Commercial
   - F ☐ Apartment
   - G ☐ Entertainment / Amusement
   - H ☐ Community Service
   - I ☐ Industrial
   - J ☐ Public Service

**SALE INFORMATION**

10. Sale Contract Date: 3/18/2005
11. Date of Sale / Transfer: 5/20/2005
12. Full Sale Price: $525,000
13. Indicate the value of personal property included in the sale:

14. Check one or more of these conditions as applicable to transfer:
    - A ☐ Sale Between Relatives or Former Relatives
    - B ☐ Sale Between Related Companies or Partners in Business
    - C ☐ One of the Buyers is also a Seller
    - D ☐ Buyer or Seller is Government Agency or Lending Institution
    - E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
    - F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
    - G ☐ Significant Change in Property Between Taxable Status and Sale Dates
    - H ☐ Sale of Business is Included in Sale Price
    - I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
    - J ☑ None

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class: B.9
16. Total Assessed Value (of all parcels in transfer): 24,122
17. Borough, Block and Lot / Roll Identifier(s): BROOKLYN 8044 55

**CERTIFICATION**

BUYER SIGNATURE: [signed] Rose Prophete  DATE: 5/20/05
Street Number: 15  Street Name (after sale): PAEDEGAT ST.
City or Town: Brooklyn  State: N.Y.  Zip Code: 11236

BUYER'S ATTORNEY
Area Code: 718  Telephone: 377-8880

SELLER SIGNATURE: [signed]  DATE: 5/20/05

200505190048520I

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. | | | |
|---|---|---|---|---|
| BUYER SIGNATURE *Rose Tryst* | **BUYER** | DATE 5/22/05 | BUYER'S ATTORNEY LAST NAME / FIRST NAME | |
| STREET NUMBER 15 | STREET NAME (AFTER SALE) PAEDZGAT ST | | AREA CODE 718 / TELEPHONE NUMBER 377-8880 | |
| CITY OR TOWN Brooklyn | STATE NY | ZIP CODE 11236 | SELLER SIGNATURE X | **SELLER** DATE 5/20/05 |

200505190048520l

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

## AFFIDAVIT OF COMPLIANCE WITH SMOKE DETECTOR REQUIREMENT FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York )
) SS.:
County of Kings )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

15 PAERDEGAT 6TH STREET , ,
Street Address Unit/Apt.

BROOKLYN New York, 8044 55 (the "Premises");
Borough Block Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

Susan Chernov          Ernest Gabriel Rose Proplote
Name of Grantor (Type or Print)     Name of Grantee (Type or Print)

X _____     X _____ X _____
Signature of Grantor                Signature of Grantee

Sworn to before me             Sworn to before me
this ___ date of ___ May ___ 2005   this 26th date of ___ May ___ 2005

HILLEL KANNER
Notary Public - State of New York
No. 02KA6097389
Qualified in Kings County
Commission Expires August 18, 2007

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

(1)

2005051900485101

# STATE OF NEW YORK
## AFFIDAVIT OF COMPLIANCE OF CARBON MONOXIDE DETECTOR INSTALLATION IN ONE AND TWO FAMILY HOMES

STATE OF NEW YORK )
                                         )ss.:
COUNTY OF __Kings__ )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

__15 Pendegast 64 Street__, _____,
*Street Address*                                              *Unit/Apt.*

__Brooklyn__ New York, __3__ __8044__ __55__ (the "Premises");
*Borough/City*                    *Section* *Block* *Lot*

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational carbon monoxide detecting device in compliance with the provisions of Section 378 (5) (a) and Section 378 (5) (d) of the Executive Law concerning carbon monoxide detecting devices;

__[signature]__                                                    _____
*Name of Grantor (Type or Print)*                  *Name of Grantee (Type or Print)*

_____                         X __[signature]__ X __[signature]__
*Signature of Grantor*                                  *Signature of Grantee*

Sworn to before me                                    Sworn to before me
This __20__ date of __May__ 20 __05__      This __20__ date of __May__ 20 __05__
__[signature]__                                                __[signature]__
*Notary Public*                                              *Notary Public*

HILLEL KANNER                                          HILLEL KANNER
Notary Public - State of New York              Notary Public - State of New York
No. 02KA6097369                                       No. 02KA6097369
Qualified in Kings County                            Qualified in Kings County
Commission Expires August 16, 2007        Commission Expires August 16, 2007

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.