| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2006110600367001001E9D36 |

**RECORDING AND ENDORSEMENT COVER PAGE**   PAGE 1 OF 5

**Document ID:** 2006110600367001   **Document Date:** 10-18-2006   **Preparation Date:** 11-06-2006
**Document Type:** DEED
**Document Page Count:** 3

| PRESENTER: | RETURN TO: |
|---|---|
| BAYSIDE ABSTRACT<br>31 STEWART STREET<br>MD/ PICKUP KAREN LEVINE<br>FLORAL PARK, NY 11001<br>516-358-0505<br>WBA-7993Q | MARIANNE GONZALEZ, ESQ<br>95-07 JAMAICA AVENUE<br>WOODHAVEN, NY 11421 |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 11348 | 55 | Entire Lot | 132-11 85 STREET |

**Property Type:** DWELLING ONLY - 1 FAMILY

**CROSS REFERENCE DATA**

**CRFN:** 2004000169234

**PARTIES**

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| ELIE RIBACOFF<br>184-03 69 AVENUE<br>FRESH MEADOWS, NY 11417 | DICKSON A. REGALADO<br>102-06 97 AVENUE<br>OZONE PARK, NY 11417 |

x   Additional Parties Listed on Continuation Page

**FEES AND TAXES**

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 75.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 3,985.60 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 1,596.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed   11-28-2006 17:25
City Register File No.(CRFN):
2006000657491

*Annetta M Hill*

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2006110600367001001C9FB6 |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | PAGE 2 OF 5 |
|---|---|
| **Document ID:** 2006110600367001   Document Date: 10-18-2006   Preparation Date: 11-06-2006 | |
| Document Type: DEED | |

**PARTIES**
**GRANTOR/SELLER:**
GISELE RIBACOFF
184-03 69 AVENUE
FRESH MEADOWS, NY 11417

Form 8002 (3/00) - Bargain and Sale Deed, with Covenants against Grantor's Acts - Individual or Corporation. (Single sheet)
CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT - THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

THIS INDENTURE, made the 18 day of October, 2006
BETWEEN

ELIE RIBACOFF                                          and  GISELE RIBACOFF

residing at        184-03 69 AVENUE        , FRESH MEADOWS        , NY    , 11417

party of the first part, and

DICKSON REGALADO
    A.

residing at        102-06 97 AVENUE        , OZONE PARK         , NY    , 11417

party of the second part,

WITNESSETH, that the party of the first part, in consideration of ten dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

SEE SCHEDULE ANNEXED HERETO AND MADE A PART HEREOF.

BEING SAME PREMISES CONVEYED BY DEED DATED JANUARY 13, 2004, RECORDED MARCH 19, 2004 CRFN NO. 2004000169234.

TOGETHER with all right, title and interest, if any, of the party of the first part, in and to any streets and roads abutting the above-described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.
IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF :

                                                          ELIE RIBACOFF

                                                          GISELE RIBACOFF

**Acknowledgement taken in New York State**

×           ×

State of New York, County of Queens , ss:

On the 18 day of October in the year 2006 ,
before me, the undersigned, personally appeared
ELIE RIBACOFF and GISELE RIBACOFF
personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

STANLEY I. SPIEGEL
Notary Public, State of New York
No. 01SP19834
Qualified in Nassau County
Commission Expires July 1, 2007

**Acknowledgement taken in New York State**

State of New York, County of , ss:

On the day of in the year ,
before me, the undersigned, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

**Acknowledgement by Subscribing Witness taken in New York State**

State of New York, County of , ss:

On the day of, in the year ,
before me, the undersigned, personally appeared

the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who being by me duly sworn, did depose and say, that he/she/they reside(s) in

that he/she/they know(s)
to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto.

**Acknowledgement taken outside New York State**

*State of , County of, ss:
*(or insert District of Columbia, Territory, Possession or Foreign Country)

On the day of in the year ,
before me, the undersigned, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the

(add the city or political subdivision and the sate or country or other place the acknowledgement was taken).

Title No.: WBA 79939

ELIE RIBACOFF
and
GISELE RIBACOFF
TO
DICKSON REGALADO

Distributed by
**TitleVest**®
www.titlevest.com

DISTRICT
SECTION
BLOCK   11348
LOT     0055
COUNTY OR TOWN   Queens

**RETURN BY MAIL TO:**

MARIANNE GONZALEZ, ESQ.
95-07 JAMAICA AVENUE
WOODHAVEN, NEW YORK 11421

Zip No.

RESERVE THIS SPACE FOR USE OF RECORDING OFFICE

## Schedule A Description

Title Number **WBA-7993Q**               Page   1

ALL that certain plot, piece or parcel of land, situate, lying and being in the Fourth Ward of the Borough and County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at a point on the easterly side of Niagara Street, (85th Street), distant 105 feet southerly from the corner formed by the intersection of the easterly side of Niagara Street with the southerly side of Sutter Avenue;

RUNNING THENCE easterly at right angles to Niagara Street, 100 feet;

THENCE southerly parallel with Niagara Street, 20 feet;

THENCE westerly and again at right angles to Niagara Street, 100 feet to the easterly side of Niagara Street; and

THENCE northerly along the easterly side of Niagara Street, 20 feet to the point or place of BEGINNING.

TOGETHER with an easement of right of way over the northerly portion of the southerly adjoining premises between the building erected thereof and the building erected on the above described premises to the garage now or hereafter to be erected on the rear of said premises for ingress and egress of pleasure motor vehicles only.

SUBJECT to an easement of right of way over the southerly portion of the above described premises between the building erected thereon and the building erected on the southerly adjoining premises to the garage now or hereafter to be erected on the rear of said premises for ingress and egress of pleasure motor vehicles only.

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2006110600367001001S53B7 |
|---|---|

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|
| **Document ID:** 2006110600367001    Document Date: 10-18-2006 | Preparation Date: 11-06-2006 |
| Document Type: DEED | |

**ASSOCIATED TAX FORM ID:** 2006101300076

**SUPPORTING DOCUMENTS SUBMITTED:**

|  | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 1 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

# REAL PROPERTY TRANSFER REPORT
## STATE OF NEW YORK
## STATE BOARD OF REAL PROPERTY SERVICES
# RP - 5217NYC
(Rev 11/2002)

**FOR CITY USE ONLY**
- C1. County Code: [ ]
- C2. Date Deed Recorded: __/__/__ (Month/Day/Year)
- C3. Book OR C5. CRFN: [ ]
- C4. Page: [ ]

## PROPERTY INFORMATION

1. **Property Location**: 132-11 / 85 STREET / QUEENS / 11417 (Street Number / Street Name / Borough / Zip Code)

2. **Buyer Name**: REGALADO / DICKSON (Last Name / Company / First Name)

3. **Tax Billing Address**: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

4. **Indicate the number of Assessment Roll parcels transferred on the deed**: 1 # of Parcels
   - 4A. Planning Board Approval - N/A for NYC
   - 4B. Agricultural District Notice - N/A for NYC

5. **Deed Property Size**: Front Feet X Depth OR Acres
   - 6. Ownership Type is Condominium: [ ]
   - 7. New Construction on Vacant Land: [ ]

8. **Seller Name**: RIBACOFF / ELIE
   RIBACOFF / GISELE

9. **Check the box below which most accurately describes the use of the property at the time of sale**:
   - A [✓] One Family Residential
   - B [ ] 2 or 3 Family Residential
   - C [ ] Residential Vacant Land
   - D [ ] Non-Residential Vacant Land
   - E [ ] Commercial
   - F [ ] Apartment
   - G [ ] Entertainment / Amusement
   - H [ ] Community Service
   - I [ ] Industrial
   - J [ ] Public Service

## SALE INFORMATION

10. **Sale Contract Date**: 9 / 18 / 2006
11. **Date of Sale / Transfer**: 10 / 18 / 2006
12. **Full Sale Price**: $398,560

13. **Indicate the value of personal property included in the sale**:

14. **Check one or more of these conditions as applicable to transfer**:
   - A [ ] Sale Between Relatives or Former Relatives
   - B [ ] Sale Between Related Companies or Partners in Business
   - C [ ] One of the Buyers is also a Seller
   - D [ ] Buyer or Seller is Government Agency or Lending Institution
   - E [ ] Deed Type not Warranty or Bargain and Sale (Specify Below)
   - F [ ] Sale of Fractional or Less than Fee Interest (Specify Below)
   - G [ ] Significant Change in Property Between Taxable Status and Sale Dates
   - H [ ] Sale of Business is Included in Sale Price
   - I [ ] Other Unusual Factors Affecting Sale Price (Specify Below)
   - J [✓] None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

15. **Building Class**: A1
16. **Total Assessed Value (of all parcels in transfer)**: 11,694
17. **Borough, Block and Lot / Roll Identifier(s)**: QUEENS 11348 55

## CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**
- Buyer Signature / Date: 10/18/06
- Street Number / Street Name (After Sale): 132-11 85 ST
- City or Town / State / Zip Code

**BUYER'S ATTORNEY**
- Last Name / First Name
- Area Code: 718 / Telephone Number: 850-6969

**SELLER**
- Seller Signature / Date: 10/18/06

2006101300076201

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

**BUYER** | **BUYER'S ATTORNEY**

*[Buyer signature present]*

BUYER SIGNATURE | DATE | LAST NAME | FIRST NAME

718 | 850-6969

STREET NUMBER | STREET NAME (AFTER SALE) | AREA CODE | TELEPHONE NUMBER

**SELLER**

*[Seller signature present]*

CITY OR TOWN | STATE | ZIP CODE | SELLER SIGNATURE | DATE

2006101300076201

## CARBON MONOXIDE DETECTOR AFFIDAVIT

State of New York        )
                         ) ss:
County of   Queens       )

The undersigned, being duly sworn, deposes and affirms as follows:

1. The undersigned (hereinafter, the "Grantor") is the owner of:
   132-11 85 Street _____ (the "Premises")
   _____ *(property address)* _____

2. The Grantor is in compliance with the provisions of Section 378 5-a of the Executive Law of the State of New York and Local Law 7 of 2004 of The City of New York in that an approved and operational carbon monoxide detecting device is installed in the Premises.

_____
ELIE RIBACOFF

_____
GISELE RIBACOFF

Sworn to before me on this __18__ day of
__October__, __2006__.

_____
Notary Public

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

## AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York  )
                   ) SS.:
County of _____  )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 132-11 85 STREET | | | | |
|---|---|---|---|---|
| Street Address | | | | Unit/Apt. |
| QUEENS | New York, | 11348 | 55 | (the "Premises"); |
| Borough | | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

| Name of Grantor (Type or Print) | Name of Grantee (Type or Print) |
|---|---|
| Signature of Grantor | Signature of Grantee |
| Sworn to before me this ___ date of OCT 19 2006 | Sworn to before me this ___ date of OCT 19 2006 |

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

(1)

2006101300076101



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY 11373-5108

## Customer Registration Form for Water and Sewer Billing

**Property and Owner Information:**

(1) Property receiving service is located in the Borough of **QUEENS**
Block: **11348**  Lot: **55**

(2) Account Number (if applicable):
Meter Number (if available—include the letter):

(3) Street Address of Property Receiving Service:
Street **132-11 85 STREET**   City **NY**   State **NY**   Zip **11417**

(4) Full name, mailing address, home phone and business phone numbers of owner of property receiving service: (please provide information on owner ONLY; do NOT give information on property manager or tenant):

Owner's Name Business: or Individual:  **REGALADO**   **DICKSON**   **A**
(Last Name)   (First Name)   (MI)

Street **102-06 97 AVENUE**   City **OZONE PARK**   State **NY**   Zip **11417**
Home Phone(Numbers only):   Business Phone(Numbers only):

**Customer Billing Information:**
**PLEASE NOTE:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges.

B. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, or the property being placed in a lien sale by the City.

C. Original bills for water and/or sewer service will be mailed to the owner, at the owner's address specified on this form. DEP will provide a duplicate copy of bills to one other party (such as a managing agent) if so requested below, provided, however, that any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her/its liability to pay all outstanding water and sewer charges.

(5) If you would like a duplicate copy of bills sent to another party, please check here ☐ and fill out the following information:
Name of Party to Receive Duplicate Copies of Bills:

(6) Mailing Address: Street   City   State   Zip

(7) Relationship to Owner (check one):   Managing Agent ☐   Mortgagee ☐
Tenant ☐   Other (please explain):

**Owner's Approval**

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A, B, C under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

(8) Owner's EIN or SSN(Numbers only):   E-mail:
(9) Name of Owner:
(10) Signature: _Dickson A. Regalado_
Name and Title of Person Signing for Owner, if applicable:
Date(mm/dd/yyyy): 12 / 19 / 01

BCS-7CRF Rev. 05/2003

2006101300076101