| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br><br>2004071901753001002E7B94 |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE**   PAGE 1 OF 3

**Document ID:** 2004071901753001    **Document Date:** 06-30-2004    **Preparation Date:** 07-19-2004
**Document Type:** DEED
**Document Page Count:** 2

| **PRESENTER:** | **RETURN TO:** |
|---|---|
| JUDICIAL TITLE INSURANCE AGENCY, LLC<br>PICK UP<br>AS AGENT FOR COMMONWELATH 72309B<br>550 MAMARONECK AVENUE, SUITE 202<br>HARRISON, NY 10528<br>914-381-6700 | TYRONE STEWART<br>947 EAST 213TH STREET<br>BRONX, NY 10466 |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BRONX | 4684 | 75 | Entire Lot | 947 EAST 213 STREET |

**Property Type:** DWELLING ONLY - 2 FAMILY

**CROSS REFERENCE DATA**

CRFN _____  or  Document ID _____  or  _____ Year _____ Reel ___ Page _____ or File Number _____

**PARTIES**

| **GRANTOR/SELLER:** | **GRANTEE/BUYER:** |
|---|---|
| MAJORIE BROWN<br>947 EAST 213TH STREET<br>BRONX, NY 10466 | TYRONE STEWART<br>947 EAST 213TH STREET<br>BRONX, NY 10466 |

**FEES AND TAXES**

| Mortgage | | | Recording Fee: $ | 47.00 |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Affidavit Fee: $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax Filing Fee: | |
| Exemption: | | | $ | 50.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** | |
| MTA: | $ | 0.00 | **OF THE CITY REGISTER OF THE** | |
| NYCTA: | $ | 0.00 | **CITY OF NEW YORK** | |
| Additional MRT: | $ | 0.00 | Recorded/Filed    08-09-2004 12:20 | |
| TOTAL: | $ | 0.00 | City Register File No.(CRFN): | |

NYC HPD Affidavit in Lieu of Registration Statement

**2004000486672**

*Rochelle Patrick*

*City Register Official Signature*

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

THIS INDENTURE, made the 30 day of June, Two Thousand Four

BETWEEN

Marjorie Brown,
residing at 947 East 213th Street, Bronx, New York 10466

party of the first part, and

Tyrone Stewart,
residing at 947 East 213th Street, Bronx, New York 10466

party of the second part,

WITNESSETH, that the party of the first part, in consideration of ten dollars paid by the party of the second part, does hereby remise, release and quitclaim unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough and County of Bronx, City and State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of East 213th Street, distant westerly 208.87 feet from the westerly side of Paulding Avenue, as laid down on the Final Maps;

RUNNING THENCE Northerly part of the way through a party wall at right angles to the northerly side of East 213th Street, 100 feet;

THENCE Westerly and parallel with the northerly side of East 213th Street, 17.88 feet;

THENCE Southerly and at right angles to the northerly side of EAst 213th Street and again part of the way through a party wall, 100 feet to the northerly side of East 213th Street;

THENCE Easterly and along the northerly side of East 213th Street, 17.88 feet to the point or place of BEGINNING.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtences and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part, in compliance with Section 13 of the Lien Law, hereby covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word *party* shall be construed as if it read *parties* whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has dully executed this deed the day and year first above written.

IN PRESENCE OF:

*Marjorie Brown* (signature)
Marjorie Brown

STATE OF NEW YORK
COUNTY OF ~~NEW YORK~~ BRONX

On the 30 day of June in the year of 2004 before me, the undersigned, a notary public in and for said state, personally appeared
  Marjorie Brown

personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capicity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

Elena J. Cascone
Notary Public State Of New York
No. 01CA5037910
Qualified in Bronx County
Commission Expires Jan 17, 2007

STATE OF NEW YORK
COUNTY OF

On the         day of           in
the year of              before me, the
undersigned, a notary public in and for said state, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that    executed the same in                    capicity(ies), and that by              signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

STATE OF NEW YORK
COUNTY OF

On the        day of      in the year of 2004 before me, the undersigned, a notary public in and for said state, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capicity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

STATE OF NEW YORK
COUNTY OF

On the         day of             in
the year of                 before me, the
undersigned, a notary public in and for said state, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that   executed the same in                    capicity(ies), and that by            signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

**QUITCLAIM DEED**

_____

Marjorie Brown

TO

Tyrone Stewart

_____

947 East 213rh St.

SECTION
BLOCK    4684
LOT      75
COUNTY   Bronx


RETURN TO:
Tyrone Stewart
947 East 213th Street
Bronx, NY 10466

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2004071901753001002SB515 |
|---|---|

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID:** 2004071901753001  **Document Date:** 06-30-2004  **Preparation Date:** 07-19-2004
**Document Type:** DEED

**ASSOCIATED TAX FORM ID:** 2004071900746

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 3 |
| SMOKE DETECTOR AFFIDAVIT | 2 |

# REAL PROPERTY TRANSFER REPORT
## STATE OF NEW YORK
### STATE BOARD OF REAL PROPERTY SERVICES
## RP - 5217NYC
(Rev 11/2002)

**FOR CITY USE ONLY**
- C1. County Code: [ ]
- C2. Date Deed Recorded: __/__/__ (Month/Day/Year)
- C3. Book OR C5. CRFN: [ ]
- C4. Page: [ ]

### PROPERTY INFORMATION

1. **Property Location**: 947 East 213th Street, Bronx, 10466
2. **Buyer Name**: Stewart, Tyrone
3. **Tax Billing Address**: (Indicate where future Tax Bills are to be sent if other than buyer address at bottom of form)
4. **Indicate the number of Assessment Roll parcels transferred on the deed**: # of Parcels OR Part of a Parcel
   - 4A. Planning Board Approval - N/A for NYC
   - 4B. Agricultural District Notice - N/A for NYC
5. **Deed Property Size**: Irreg (Front Feet) x (Depth) OR (Acres)
   - Check boxes: 6. Ownership Type is Condominium; 7. New Construction on Vacant Land
8. **Seller Name**: Brown, Marjorie

9. Check the box below which most accurately describes the use of the property at the time of sale:
   - B [X] 2 or 3 Family Residential

### SALE INFORMATION

10. **Sale Contract Date**: N/A
11. **Date of Sale / Transfer**: 06/30/04
12. **Full Sale Price**: 0.00
13. **Indicate the value of personal property included in the sale**: [ ]

14. Check one or more of these conditions as applicable to transfer:
   - A [X] Sale Between Relatives or Former Relatives

### ASSESSMENT INFORMATION
15. **Building Class**: B2
16. **Total Assessed Value (of all parcels in transfer)**: 15,019
17. **Borough, Block and Lot / Roll Identifier(s)**: Bl. 4684 Lot 75

### CERTIFICATION
I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**: Tyrone Stewart (signature) 6/30/04
947 East 213th Street
Bronx, NY 10466

**BUYER'S ATTORNEY**: PRO SE

**SELLER**: Marjorie Brown (signature) 6/30/04

| FOR CITY USE ONLY | | |
|---|---|---|
| C1. County Code | C2. Date Deed Recorded __/__/__ Month Day Year | **REAL PROPERTY TRANSFER REPORT** STATE OF NEW YORK STATE BOARD OF REAL PROPERTY SERVICES |
| C3. Book OR | C4. Page | **RP - 5217NYC** |
| C5. CRFN | | (Rev 11/2002) |

### PROPERTY INFORMATION

**1. Property Location**
- STREET NUMBER: 947
- STREET NAME: EAST 213 STREET
- BOROUGH: BRONX
- ZIP CODE: 10469

**2. Buyer Name**
- LAST NAME / COMPANY: STEWART
- FIRST NAME: TYRONE

**3. Tax Billing Address** — Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

**4. Indicate the number of Assessment Roll parcels transferred on the deed:** 1 # of Parcels OR ☐ Part of a Parcel

- 4A. Planning Board Approval - N/A for NYC
- 4B. Agricultural District Notice - N/A for NYC

**5. Deed Property Size:** FRONT FEET X DEPTH OR ACRES

Check the boxes below as they apply:
- 6. Ownership Type is Condominium ☐
- 7. New Construction on Vacant Land ☐

**8. Seller Name**
- LAST NAME / COMPANY: BROWN
- FIRST NAME: MAJORIE

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

- A ☐ One Family Residential
- B ☒ 2 or 3 Family Residential
- C ☐ Residential Vacant Land
- D ☐ Non-Residential Vacant Land
- E ☐ Commercial
- F ☐ Apartment
- G ☐ Entertainment / Amusement
- H ☐ Community Service
- I ☐ Industrial
- J ☐ Public Service

### SALE INFORMATION

**10. Sale Contract Date:** 6 / 30 / 2004

**11. Date of Sale / Transfer:** 6 / 30 / 2004

**12. Full Sale Price:** 
(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

**13. Indicate the value of personal property included in the sale**

**14. Check one or more of these conditions as applicable to transfer:**
- A ☒ Sale Between Relatives or Former Relatives
- B ☐ Sale Between Related Companies or Partners in Business
- C ☐ One of the Buyers is also a Seller
- D ☐ Buyer or Seller is Government Agency or Lending Institution
- E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
- F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
- G ☐ Significant Change in Property Between Taxable Status and Sale Dates
- H ☐ Sale of Business is Included in Sale Price
- I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
- J ☒ None

### ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class:** B 2

**16. Total Assessed Value (of all parcels in transfer):** 15,019

**17. Borough, Block and Lot / Roll Identifier(s)** (If more than three, attach sheet with additional identifier(s))

BRONX 4684 75

### CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**
- BUYER SIGNATURE / DATE
- STREET NUMBER / STREET NAME (AFTER SALE)
- CITY OR TOWN / STATE / ZIP CODE

**BUYER'S ATTORNEY**
- LAST NAME / FIRST NAME
- AREA CODE / TELEPHONE NUMBER

**SELLER**
- SELLER SIGNATURE / DATE

2004071900746201



**CERTIFICATION** I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

| BUYER | BUYER'S ATTORNEY |
|---|---|
| BUYER SIGNATURE / DATE | LAST NAME / FIRST NAME |
| STREET NUMBER / STREET NAME (AFTER SALE) | AREA CODE / TELEPHONE NUMBER |
| | **SELLER** |
| CITY OR TOWN / STATE / ZIP CODE | SELLER SIGNATURE / DATE |

2004071900746201

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York  )
                     ) SS.:
County of Bronx  )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 947 East 213th Street | | | |
|---|---|---|---|
| Street Address | | | Unit/Apt. |
| Bronx | New York, 4684 | 75 | (the "Premises"); |
| Borough | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

Marjorie Brown | Tyrone Stewart
Name of Grantor (Type or Print) | Name of Grantee (Type or Print)

Signature of Grantor | Signature of Grantee

Sworn to before me this 30 date of June, 2004

Elena J. Cascone
Notary Public State Of New York
No. 01CA5037910
Qualified in Bronx County
Commission Expires Jan 17, 2007

Sworn to before me this 30 date of June, 2004

Elena J. Cascone
Notary Public State Of New York
No. 01CA5037910
Qualified in Bronx County
Commission Expires Jan 17, 2007

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

1

<u>Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings</u>

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

**State of New York** )
) SS.:
**County of** )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 947 EAST 213 STREET | , | , |
|---|---|---|
| **Street Address** | | **Unit/Apt.** |

| BRONX | New York, | 4684 | 75 | (the "Premises"); |
|---|---|---|---|---|
| **Borough** | | **Block** | **Lot** | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

| **Name of Grantor** (Type or Print) | **Name of Grantee** (Type or Print) |
|---|---|
| **Signature of Grantor** | **Signature of Grantee** |

Sworn to before me
this _____ date of _____ 19 ____

Sworn to before me
this _____ date of _____ 19 ____

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

(1)

2004071900746101