

February 27, 2024

VIA ECF
Hon. Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *Baptiste-Elmine et al. v. Richland & Falkowski, PLLC et al.*,
    21-cv-4994 (RPK) (PK)

Dear Judge Kuo,

  Plaintiffs in the above-referenced action, Marie Baptiste-Elmine, Javier Cruz, Freddy Elmine, Yvonne Jones, Alicia Lombardo, Ochieze Okoronkwo, Precilia Okoronkwo, Rebecca Perez, Rose Prophete, Dickson Regalado, Tyrone Stewart, Barthlomy Ogbennaya, and Eunice Ogbennaya (collectively "Plaintiffs"), respectfully request a one-week extension of time for the filing of Plaintiffs' third amended complaint from March 1, 2024 to March, 8, 2024. The reason for this request is the current hospitalization of one of the Plaintiffs.

  Plaintiffs have consulted with the defendants and both defendants consent to this request. No previous requests for an extension of this deadline have been made.

              Respectfully,

              /s/
              Rachel D. Geballe

Cc: All counsel via ECF

Brooklyn Legal Services | 105 Court Street, 4th Floor, Brooklyn, NY 11201
Phone: 718-237-5500 | Fax: 718-855-0733 | www.LegalServicesNYC.org
Hon. Betty Staton, President | Tanya Wong, Project Director
Monica Corrine Moran, Esq., Board Chair | Michael L. Williams, Vice Chair

