# MauriceWutscher

**Thomas R. Dominczyk**

Maurice Wutscher LLP  (908) 237-4544
5 Walter Foran Blvd.  (908) 237-4551 fax
Suite 2007  tdominczyk@mauricewutscher.com
Flemington, NJ 08822  Admitted only in NJ, NY and PA

AUSTIN
BIRMINGHAM
BOCA RATON
BOSTON
CHICAGO
CLEVELAND
DALLAS
FLEMINGTON
NASHVILLE
NEW YORK
PHILADELPHIA
SAN DIEGO
WASHINGTON, DC

mauricewutscher.com

April 5, 2024

Catherine Pugh Isobe, Esq.
Brooklyn Legal Services
1360 Fulton Street, Suite 301
Brooklyn, NY 11216
cisobe@lsnyc.org

Arthur Burkle
Brooklyn Legal Services
105 Court Street, 4th Floor
Brooklyn, NY 11216
aburkle@lsnyc.org

Rachel Geballe, Esq.
South Brooklyn Legal Services
105 Court Street, 3rd Floor
Brooklyn, NY 11201
rgeballe@sbls.org

Jennifer Nicole Levy
JASA Legal Services for the Elderly in Queens
97-77 Queens Boulevard, Suite 600
Rego Park, NY 11374
rgeballe@sbls.org

Daniel H. Richland, Esq.
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204
Washingtonville, NY 10992
drichland@rflegal.net

Re: Marie Baptiste-Elmine, et al. v. Richland & Falkowski, PLLC and SN Servicing Corporation
Case No. 21-cv-04994-RPK-PK

Dear Counsel:

Enclosed please find the motion to dismiss on behalf of the defendant SN Servicing Corporation including the following documents: Notice of Motion, Proposed Order, Memorandum of Law In Support and Affidavit of Service.

Sincerely,
***/s/ Thomas R. Dominczyk***
Thomas R. Dominczyk
Enc.