# MauriceWutscher

**Thomas R. Dominczyk**

Maurice Wutscher LLP  
5 Walter Foran Blvd.  
Suite 2007  
Flemington, NJ 08822

(908) 237-4544  
(908) 237-4551 fax  
tdominczyk@mauricewutscher.com  
Admitted only in NJ, NY and PA

AUSTIN
BIRMINGHAM
BOCA RATON
BOSTON
CHICAGO
CLEVELAND
DALLAS
FLEMINGTON
NASHVILLE
NEW YORK
PHILADELPHIA
SAN DIEGO
WASHINGTON, DC

mauricewutscher.com

April 5, 2024

*VIA ECF*

Honorable Peggy Kuo  
United States District Court  
Eastern District of New York

      **Re:** *Baptiste-Elmine, et. al. v. Richland & Falkowski, PLLC, et. al.*  
            Case No. 21-CV-4994  
            Proposed Briefing Schedule for Motion to Dismiss

Dear Judge Kuo:

This firm represents Defendant SN Servicing Corporation ("SNSC") in the above referenced matter. Pursuant to Your Honor's Minute Entry and Order, Plaintiffs were given leave to file a Third Amended Complaint ("TAC") by March 1, 2024 and the parties were given leave to jointly propose a briefing schedule for the anticipated motions to dismiss without the requirement of first filing a pre-motion conference request with the Court.

Thereafter, by consent of the parties, Plaintiffs' time to file the Third Amended Complaint was extended to March 8, 2024. Plaintiffs agreed to extend the time for SNSC to file its response to April 5, 2024. However, due to an oversight, SNSC failed to file its proposed briefing schedule with its extension request.

Today SNSC has served its motion to dismiss upon Plaintiffs' counsel and proposed the following alternative briefing schedules but has not received a response from Plaintiffs' counsel as to their preference:

- Plaintiffs' opposition to SNSC's motion to be served by May 6, 2024 with SNSC's reply and the fully bundled motion to be served and filed by May 20, 2024; or in the alternative
- Plaintiffs' opposition to SNSC's motion to be served by May 13, 2024 (the same date as the opposition to the motion to be filed by co-defendant Richland & Falkowski, PLLC) with SNSC's reply and the fully bundled motion to be served and filed by May 27, 2024.

SNSC respectfully requests that the Court so order either of the two proposed briefing schedules.

Respectfully submitted,  
*/s/ Thomas R. Dominczyk*  
Thomas R. Dominczyk  
Cc:    All counsel via ECF