# MauriceWutscher

**Thomas R. Dominczyk**

Maurice Wutscher LLP
5 Walter Foran Blvd.
Suite 2007
Flemington, NJ 08822

(908) 237-4544
(908) 237-4551 fax
tdominczyk@mauricewutscher.com
Admitted only in NJ, NY and PA

AUSTIN
BIRMINGHAM
BOCA RATON
BOSTON
CHICAGO
CLEVELAND
DALLAS
FLEMINGTON
NASHVILLE
NEW YORK
PHILADELPHIA
SAN DIEGO
WASHINGTON, DC

mauricewutscher.com

April 5, 2024

*VIA ECF*

Honorable Peggy Kuo
United States District Court
Eastern District of New York

      **Re:** ***Baptiste-Elmine, et. al. v. Richland & Falkowski, PLLC, et. al.***
             **Case No. 21-CV-4994**
             **Proposed Briefing Schedule for Motion to Dismiss**

Dear Judge Kuo:

This firm represents Defendant SN Servicing Corporation ("SNSC") in the above referenced matter. Pursuant to Your Honor's Minute Entry and Order, Plaintiffs were given leave to file a Third Amended Complaint ("TAC") by March 1, 2024 and the parties were given leave to jointly propose a briefing schedule for the anticipated motions to dismiss without the requirement of first filing a pre-motion conference request with the Court.

Thereafter, by consent of the parties, Plaintiffs' time to file the Third Amended Complaint was extended to March 8, 2024. Plaintiffs agreed to extend the time for SNSC to file its response to April 5, 2024. However, due to an oversight, SNSC failed to file its proposed briefing schedule with its extension request.

Today SNSC has served its motion to dismiss upon Plaintiffs' counsel and the parties have agreed to the following briefing schedule:

- Plaintiffs' opposition to SNSC's motion to be served by May 13, 2024 with SNSC's reply and the fully bundled motion to be served and filed by May 27, 2024.

SNSC respectfully requests that the Court so order the proposed briefing schedule.

Respectfully submitted,
***/s/ Thomas R. Dominczyk***
Thomas R. Dominczyk
Cc:    All counsel via ECF