# RICHLAND & FALKOWSKI, PLLC

A T T O R N E Y S  A T  L A W

QUEENS COUNTY OFFICE:
28-07 JACKSON AVE, 5TH FL
LONG ISLAND CITY, NY 11101

ORANGE COUNTY OFFICE:
5 FAIRLAWN DRIVE, SUITE 204
WASHINGTONVILLE, NY 10992

PHONE: (212) 390-8872
FAX:  (212) 390-8873
EMAIL: drichland@rflegal.net

April 19, 2024

<u>Via Electronic Filing</u>
Magistrate Judge Peggy Kugo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, New York 11201

      RE:    *Baptiste-Elmine, et al v. Richland & Falkowski, PLLC, et al*
             Docket No.: 21-cv-4994
             **Cover Letter RE Motion to Dismiss Third Amended Complaint**

Your Honor:

      I am a principal of Richland & Falkowski, PLLC, *pro se* in this matter. On April 12, 2024, Richland & Falkowski, PLLC served its motion to dismiss the Plaintiff's Third Amended Complaint pursuant to the parties' briefing schedule, as so-ordered by the Court.

      Richland & Falkowski, PLLC served the following documents by email on all parties:

1. Notice of Motion dated April 12, 2024
2. Declaration of Daniel H. Richland, Esq. dated November April 12, 2024
3. Memorandum of Law in support of Defendant's Motion to Dismiss dated April 12, 2024
4. Exhibit A – filed Answer in *BCMB1 Trust v. Cruz*
5. Exhibit B – filed Answer in *BCMB1 Trust v. Baptiste-Elmine* by Plaintiff Baptiste-Elmine
6. Exhibit C – filed Answer in *BCMB1 Trust v. Baptiste-Elmine* by Plaintiff Elmine
7. Exhibit D – Filed Answer in *NS194, LLC v. Prescott*
8. Exhibit E – Filed Answer in *BCMB1 Trust v. Quinn*
9. Exhibit F – Filed Answer in *NS194, LLC v. Okoronkwo*
10. Exhibit G – Filed Answer in *NS194, LLC v. Prophete*
11. Exhibit H – Filed Answer in *BCMB1 Trust v. Regalado*
12. Exhibit I – Filed Notice of Appearance in *Star201, LLC v. Stewart*
13. Exhibit J – Filed Answer in *Star202, LLC v. Ogbennaya*
14. Exhibit K – Filed Affidavit of Service in *BCMB1 Trust v. Baptiste-Elmine*

In the event any party wishes a hard copy, I would be happy to furnish the same. I thank the Court for its kind consideration and attention to this matter.

Very truly yours,

Daniel H. Richland, Esq.